**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JENNIFER HOLLIMON                                                                              PLAINTIFF

v.                                    No. 5:09CV00399 JLH/BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                            DEFENDANT

## JUDGMENT

In accordance with the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 29th of November, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE